CAMILO ARTIGA-PURCELL
(SBN 273229; ap@artigapurcell.com)
**ARTIGA-PURCELL LAW OFFICE**
Pier 9, Suite 100
The Embarcadero
San Francisco, CA 94111
Telephone: (415) 226-7651
Facsimile: Upon Request

PHILIP L. GREGORY
(SBN 95217;
pgregory@gregorylawgroup.com)
**GREGORY LAW GROUP**
1250 Godetia Drive
Redwood City, CA 94062
Telephone: (650) 278-2957
Facsimile: Upon Request

PATRICK RICHARDS
(*Pro Hac Vice To Be Filed*;
patrick@richardspatentlaw.com)
**RICHARDS PATENT LAW, P.C.**
Willis (Sears) Tower
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606
Telephone: (312) 283-8555
Facsimile: Upon Request

*Attorneys for Plaintiff SMTM Technology, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SMTM TECHNOLOGY, LLC,** | Case. No. |
| **Plaintiff,** | **COMPLAINT FOR PATENT INFRINGMENT** |
| **vs.** | |
| **APPLE INC.,** | **DEMAND FOR JURY TRIAL** |
| **Defendant.** | |

**COMPLAINT FOR PATENT INFRINGEMENT**

# TABLE OF CONTENTS

I.     NATURE OF ACTION ................................................................................. 1

II.    PARTIES ...................................................................................................... 2

III.   JURISDICTION AND VENUE ................................................................... 2

IV.    INTRADISTRICT ASSIGNMENT ............................................................. 3

V.     FACTUAL ALLEGATIONS ....................................................................... 3

       A.    Nick Bovis Develops a Novel Application to Shut Off Mobile Phone
             Notifications while Driving ................................................................. 3

       B.    The USPTO Issues the Bovis Patent ................................................. 4

       C.    Apple Infringes the Bovis Patent by Launching the "Do Not Disturb"
             While Driving Feature of iOS 11 ....................................................... 5

VI.    CAUSE OF ACTION ................................................................................... 5

       FIRST CAUSE OF ACTION (Infringement of the Bovis Patent) ..................... 5

PRAYER FOR RELIEF ......................................................................................... 8

JURY DEMAND ................................................................................................... 9

**COMPLAINT FOR PATENT INFRINGEMENT**                                        i

Plaintiff SMTM Technology, LLC ("SMTM") hereby complains and alleges against Defendant Apple Inc. ("Apple") as follows:

## I.   NATURE OF ACTION

1.   This is a civil action for infringement under the patent laws of the United States, 35 U.S.C. § 1, *et seq*.

2.   On February 17, 2015, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 8,958,853, entitled "Mobile Device Inactive Mode and Inactive Mode Verification" (the "Bovis Patent"). SMTM is the legal owner of the Bovis Patent by assignment from local inventor, entrepreneur, and restaurateur Nick Bovis. A true and correct copy of the Bovis Patent is attached hereto as Exhibit A.

3.   The genesis of the Bovis Patent dates to 2013 and Mr. Bovis' invention of the "OFF MODE" application for Android.[1]   Mr. Bovis was concerned that drivers were increasingly distracted by incoming calls and text messages while driving, creating a public safety hazard. By connecting a driver's cell phone to their car through Bluetooth,[2] manually or by other activation, "OFF MODE" allows users to unplug by temporarily eliminating distracting calls, text messages, and notifications. For example, "OFF MODE" allows users to shut off notifications while driving, and gives them the option of issuing automated replies letting callers and texters know they are driving.

4.   "OFF MODE" increases driving safety by diminishing the urge to use one's cell phone, allowing drivers to focus solely on the road and navigating traffic. Today, "OFF MODE" has been downloaded more than 10,000 times.

5.   "OFF MODE" was the first application of its kind and, given its novelty, Mr. Bovis was issued the Bovis Patent.

---

[1] Android is an open-source operating system for smartphones and tablet computers.

[2] A standard for the short-range wireless interconnection of mobile phones, computers, and other electronic devices.

**COMPLAINT FOR PATENT INFRINGEMENT**                                          1

6.     Apple has infringed and continues to infringe one or more claims of the Bovis Patent by offering its "Do Not Disturb" while driving features for iOS 11[3] to millions of Apple consumers the world over.  Apple's "Do Not Disturb" while driving features for iOS 11 mirror the patented elements comprising the Bovis Patent.

7.     Instead of licensing the Bovis Patent, Apple gambled that SMTM and Mr. Bovis would not have the business acumen or the capital to vindicate their claims under the Bovis Patent.

8.     This lawsuit follows, and seeks, among other things, monetary damages and injunctive relief.

## II.     PARTIES

9.     Plaintiff SMTM Technology, LLC is a California limited liability company with its principal place of business in San Mateo, California.

10.     Defendant Apple Inc. is a corporation organized and existing under the laws of the State of California, with its principal place of business at One Apple Park Way, Cupertino, California 95014.

## III.     JURISDICTION AND VENUE

11.     This Court has subject matter jurisdiction over SMTM's claims for patent infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).

12.     Apple is subject to this Court's personal jurisdiction because Apple resides and has its primary place of business within this District.  This Court also has personal jurisdiction over Apple because Apple has committed and induced acts of patent infringement and has regularly and systematically conducted and solicited business in this District by and through, at a minimum, its sales and offers for sale of Apple products and services, and other contractual arrangements with Apple customers and third parties using such Apple products and services, including iOS 11, located in and/or doing business within this District.

---

[3] iOS is Apple's operating system for cell phones manufactured by Apple.

ARTIGA-PURCELL
LAW OFFICE

13.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(b) because Apple resides in this District, has a regular and established place of business in this District, and has committed acts of infringement in this District.

## IV.     INTRADISTRICT ASSIGNMENT

14.     This action for patent infringement is assigned on a district-wide basis under Civil L.R. 3-2(c).

## V.     FACTUAL ALLEGATIONS

### A.     NICK BOVIS DEVELOPS A NOVEL APPLICATION TO SHUT OFF MOBILE PHONE NOTIFICATIONS WHILE DRIVING

15.     In 2013, Nick Bovis developed "OFF MODE," a breakthrough application for Android devices to enhance driver safety.  Mr. Bovis is the owner of prominent Bay Area restaurants, including Lefty O'Doul's and the Broadway Grill.  Mr. Bovis is the President of Lefty O'Doul's Foundation for Kids, the Managing Partner and Founder of Bovis Foods, LLC, and the Managing Member of Plaintiff SMTM.  In addition to the Bovis Patent, continuing a theme of public safety inventions, Mr. Bovis holds several patents for automatic earthquake shut off valves and systems.

16.     Mr. Bovis invented "OFF MODE" in response to the increasing number of car accidents associated with driver distraction caused by mobile devices.  For example, motor vehicle accidents caused by distracted driving are on the rise and have become as serious as driving while intoxicated.  Many drivers are aware of the risks of distracted driving but may lack the resolve to avoid trying to respond to incoming communications.  One previous solution was to power down one's mobile device while driving.  However, this is inconvenient and easy to forget to initiate.  Further, powering down the device may block access to urgent communications that may need to be received.

17.     Mr. Bovis recognized a need for mechanisms to limit user distractions without forcing the user to power down their mobile device and miss essential communications.  In this vein, "OFF MODE" allows users to send an automated away message upon receipt of a communication.

18.    The proliferation of accidents caused by distracted driving created a need to prove that one was not operating a mobile phone during operation of a vehicle.   Accordingly, Mr. Bovis implemented novel functionality for suppressing communications to a user and systems for verifying that a user was not receiving communications during a particular period of time.

19.    At its core, "OFF MODE" allows users to shut off notifications while driving, and replies with automated responses letting people know they are busy.   When put into "OFF MODE," the application blocks the screen from showing text, email, phone call and other notifications, eliminating distractions so that the driver can focus on road safety.   When a text message, phone call, or other notification is received while a phone is in "OFF MODE," the application can respond with an automatic text message, informing the sender that the user is temporarily unavailable because they are driving.   Users still receive incoming data, but without the distracting pop-up notifications and vibrations or sounds.   When "OFF MODE" is deactivated, a report of all missed texts and calls is available so nothing is missed.

20.    In May 2013, "OFF MODE" was released to the public on the Android platform. As of the filing of this Complaint, "OFF MODE" has been downloaded more than 10,000 times.

**B.  THE USPTO ISSUES THE BOVIS PATENT**

21.    On June 14, 2013, recognizing the novelty of "OFF MODE," Mr. Bovis filed a provisional patent application for the subject matter, titled "Mobile Device Inactive Mode and Inactive Mode Verification."

22.    On February 9, 2014, Mr. Bovis filed a non-provisional, continuation of patent application for "OFF MODE."

23.    On February 17, 2015, Mr. Bovis was issued United States Patent No. 8,958,853 for "Mobile Device Inactive Mode and Inactive Mode Verification," *i.e.*, the Bovis Patent.  *See* Exhibit A.

/ / /

/ / /

/ / /

C. **APPLE INFRINGES THE BOVIS PATENT BY LAUNCHING THE "DO NOT DISTURB" WHILE DRIVING FEATURE OF IOS 11**

24.     On or around <u>September 19, 2017</u>, Apple launched iOS 11, which predominantly featured "Do Not Disturb" while driving.  Mirroring the features of "OFF MODE," Apple's "Do Not Disturb" while driving causes the iPhone to stay silent and the screen to stay dark while the user is driving.  Likewise, if someone sends a message, they may receive an automatic reply letting them know that the user is driving.  If the message is important, the sender can type the word "urgent" to make sure the user receives a notification.

25.     Apple's "Do Not Disturb" while driving features for iOS 11 mirror or constitute the equivalent of the patented elements comprising the Bovis Patent.

VI.     **CAUSE OF ACTION**

**FIRST CAUSE OF ACTION**

**INFRINGEMENT OF THE BOVIS PATENT**

26.     Plaintiff incorporates and realleges each of the foregoing paragraphs as though fully set forth herein.

27.     Apple has directly infringed, and continues to infringe, all claims of the Bovis Patent, pursuant to 35 U.S.C. § 271, by making, using, selling, or offering to sell within the United States, without authority, iOS 11 containing the infringing "Do Not Disturb" while driving software, during the term of the Bovis Patent.

28.     As just one non-limiting example, set forth below is a description of Apple's infringement of claim one of the Bovis Patent in connection with Apple's "Do Not Disturb" while driving feature of iOS 11.  Plaintiff reserves the right to modify this description, including, for example, on the basis of information about Apple's "Do Not Disturb" while driving feature that is obtained through discovery.

/ / /

/ / /

/ / /

| The Bovis Patent (See Claims § of Ex. A) | iOS 11 "Do Not Disturb" While Driving |
|---|---|
| A mobile device, comprising: | "Do Not Disturb" is a feature incorporated into Apple's iOS 11 for use on mobile devices such as iPhones and iPads. Apple's infringing products are their mobile devices running iOS11. |
| a wireless communication module; | Each of Apple's accused mobile devices includes a wireless communication module for sending and receiving phone calls, SMS messages, MMS messages, and the like. |
| a processor, controlling the wireless communication module; and | Each of Apple's accused mobile devices includes a microprocessor that controls the wireless communication module. |
| a memory controlled by the processor, the memory including instructions that when executed by the processor cause the processor to perform the steps of: | Apple's "Do Not Disturb" feature is performed by the execution of the instructions stored in the memory of the accused mobile devices by their processors. |
| providing a graphical user interface through which a user customizes one or more functions of the mobile device when placed in an inactive mode; | Apple's "Do Not Disturb" feature includes a GUI through which a user may customize one or more functions of the mobile device when placed in an inactive mode. |
| |  |

| | |
|---|---|
| receiving a user selection to automatically initiate the inactive mode in response to the pairing of the mobile device with a vehicle; | Apple's "Do Not Disturb" feature includes a GUI through which the user can select the inactive mode to automatically engage when the mobile device pairs to the vehicle via Bluetooth.<br><br>10:32<br>〈 Do Not Disturb  **Activate**<br><br>Automatically<br>When Connected to Car Bluetooth   ✓<br>Manually<br>Do Not Disturb While Driving will be activated while connected to Car Bluetooth devices. |
| receiving a user selection of an away message to use when the mobile device is in inactive mode; | Apple's "Do Not Disturb" feature includes a GUI through which the user can provide a selected away message to use when the mobile device is in inactive mode.<br><br>10:33<br>〈 Do Not Disturb  **Auto-Reply**<br><br>This is a user-customizable field that a user can use to provide a selected away message.<br><br>I    Yes    I'm<br>Q W E R T Y U I O P<br>A S D F G H J K L<br>⬆ Z X C V B N M ⌫<br>123    space    return |

| | |
|---|---|
| in response to the pairing of the mobile device and the vehicle, automatically initiating a process to place the mobile device in inactive mode; | When the user selection is made as shown two blocks above this one, Apple's "Do Not Disturb" functionality automatically engages in response to the pairing of the mobile device and the vehicle, automatically initiating a process to place the mobile device in inactive mode. |
| when the mobile device is in inactive mode, in response to receiving a communication from the wireless communication module, transmitting the user selected away message via the wireless module and suppressing one or more sound, visual, or vibration communication cues that would have accompanied the communication had the mobile device not been in inactive mode. | When Apple's accused mobile devices are in inactive mode, in response to receiving a communication from the wireless communication module, they transmit the user selected away message via the wireless module and suppress one or more sound, visual, or vibration communication cues that would have accompanied the communication had the mobile device not been in inactive mode. |

29.     As the direct and proximate result of Apple's conduct, Plaintiff has suffered and, if Apple's conduct is not stopped, will continue to suffer, irreparable injury, and significant damages, in an amount to be proven at trial.  Because Plaintiff's remedy at law is inadequate, Plaintiff seeks, in addition to damages, permanent injunctive relief.

30.     Plaintiff is entitled to injunctive relief and damages of no less than a reasonable royalty in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff hereby requests that this Court:

A.  Enter judgment in Plaintiff's favor and against Apple on the cause of action alleged herein;

B.  Enter an award of damages to Plaintiff in an amount to be proven at trial, including, but not limited to, a reasonable royalty or lost profits;

C.  Issue a permanent injunction against Apple estopping it from continuing to infringe the Bovis Patent during the remaining lifetime of the Patent;

D.  Award pre-judgment and post-judgment interest, costs, and other expenses; and

/ / /

/ / /

/ / /

1      E. Award such other and further relief as this Court deems just and proper.

2

3    DATED:  July 10, 2018      **ARTIGA-PURCELL LAW OFFICE**

4                 By:  */s/ Camilo Artiga-Purcell*

5                    **CAMILO ARTIGA-PURCELL**
                     *Attorneys for Plaintiff SMTM*

6                    *Technologies, LLC*

7               **JURY DEMAND**

8

9      Plaintiff respectfully requests trial by jury on all issues so triable.

10

11   DATED:  July 10, 2018      **ARTIGA-PURCELL LAW OFFICE**

12                By:  */s/ Camilo Artiga-Purcell*

13                   **CAMILO ARTIGA-PURCELL**
                     *Attorneys for Plaintiff SMTM*

14                   *Technologies, LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

US008958853B1

(12) **United States Patent**
Bovis

(10) **Patent No.:** **US 8,958,853 B1**
(45) **Date of Patent:** **Feb. 17, 2015**

(54) **MOBILE DEVICE INACTIVE MODE AND INACTIVE MODE VERIFICATION**

(71) Applicant: **Nick Bovis**, San Francisco, CA (US)

(72) Inventor: **Nick Bovis**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/515,477**

(22) Filed: **Oct. 15, 2014**

**Related U.S. Application Data**

(63) Continuation of application No. 14/176,107, filed on Feb. 9, 2014.

(60) Provisional application No. 61/835,234, filed on Jun. 14, 2013.

(51) **Int. Cl.**
| | |
|---|---|
| *H04M 1/00* | (2006.01) |
| *H04M 1/725* | (2006.01) |
| *H04W 4/14* | (2009.01) |
| *H04M 3/42* | (2006.01) |

(52) **U.S. Cl.**
CPC ...... *H04M 1/72552* (2013.01); *H04M 1/72577* (2013.01); *H04W 4/14* (2013.01); *H04M 3/42374* (2013.01)
USPC ...................................................... **455/569.2**

(58) **Field of Classification Search**
USPC .................................................. 455/569.2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0119002 A1* | 6/2005 | Bauchot et al. | ............... 455/441 |
| 2011/0039581 A1* | 2/2011 | Cai et al. | .................... 455/456.4 |

OTHER PUBLICATIONS

Layborn, Announcing our Third Windows Phone 8 Update—Plus a New Developer Preview Program, Blogging Windows, Oct. 14, 2013, http://blogs.windows.com/bloggingwindows/2013/10/14/announcing-our-third-windows-phone-8-update-plus-a-new-developer-preview-program/.
Tue, Stay Safe with Windows Phone Driving Mode, Microsoft Conversations, Jan. 21, 2014, http://conversations.nokia.com/2014/01/21/stay-safe-windows-phone-driving-mode/.
Nokia Lumia 1520—Set Your Phone to Driving Mode, Microsoft, http://www.microsoft.com/en-us/mobile/support/product/lumia1520/userguidance/?action=singleTopic&topic=GUID-9E1144DE-0101-4108-BFED-DF22C1B31E4C.

* cited by examiner

*Primary Examiner* — Joel Ajayi
(74) *Attorney, Agent, or Firm* — Richards Patent Law P.C.

(57) **ABSTRACT**

A mobile device, comprising: a processor; and a memory including instructions that when executed by the processor cause it to perform the steps of: receiving a user selection to automatically enter an inactive mode in response to an action within the mobile device indicating the device is being used in a moving vehicle; receiving a communication from a wireless communication module; if the mobile device is not in inactive mode, providing a notification to the user that a communication has been received; if the mobile device is in inactive mode, transmitting an away message via the wireless module.

**9 Claims, 10 Drawing Sheets**



Case 3:18-cv-04111-LB   Document 1   Filed 07/10/18   Page 14 of 30



FIG. 1



FIG. 2

# FIG. 3



300

| Placing communications device in inactive mode | 301 |

| Detecting an incoming communication | 302 |

| Suppress notification to user | 303 |

| Transmit an away message to the sender | 304 |

| Upon completion of the inactive mode, notify user of missed communications | 305 |











FIG. 6

FIG. 7



## FIG. 8A



## FIG. 8B



## FIG. 8C



US 8,958,853 B1

1

# MOBILE DEVICE INACTIVE MODE AND INACTIVE MODE VERIFICATION

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application incorporates by reference and claims priority to U.S. Non-provisional application Ser. No. 14/176,107 filed Feb. 9, 2014 and to U.S. Provisional Application No. 61/835,234 filed Jun. 14, 2013.

## BACKGROUND OF THE INVENTION

The present subject matter relates generally to a mobile device including functionality for suppressing user notifications of communications received by the mobile device and notifying the sender of the communication that the user is not receiving communications. Further, the present subject matter relates generally to systems and methods for verifying that a user was not receiving communications during a particular period of time.

User distraction caused by mobile devices has become a serious problem in modern society. For example, motor vehicle accidents caused by distracted driving are on the rise and have become as serious as driving while intoxicated. Many drivers are aware of the risks of distracted driving but may lack the resolve to avoid trying to respond to incoming communications. One previous solution was to power down the mobile device while driving, however, this is inconvenient and easy to forget to initiate. Further, powering down the device may block access to urgent communications that may need to be received. What are needed are mechanisms to limit user communication distractions without forcing the user to power down a mobile device and miss essential communications.

Further, the proliferation of accidents cause by distracted driving has created a need to prove that one was not operating a communications device during operation of a vehicle. What are needed are mechanisms to show that a user was not using a communications device during an accident while operating a vehicle.

Accordingly, there is a need for a mobile device including functionality for suppressing communications to a user and systems for verifying that a user was not receiving communications during a particular period of time, as described herein.

## BRIEF SUMMARY OF THE INVENTION

To meet the needs described above and others, the present disclosure provides a mobile device including functionality for suppressing communications to a user and systems for verifying that a user was not receiving communications during a particular period of time.

As used herein, a communication may include a mobile device call, SMS text message, email, application notification, etc. A sender includes an individual sending the communication.

An inactive mode for a mobile device as disclosed herein may be implemented using stored instructions that implement the functionality disclosed herein. In a preferred embodiment, the stored instructions may be provided in the form of a mobile device application. A user may install the mobile device application through a mobile device application online store.

A user may enable an inactive mode of the device to suppress notification of incoming phone calls, text, emails, etc.

2

and automatically notify the sender with an away message. By suppressing the communications distracted driving may be reduced. One drawback, however, is that senders may feel upset that they are not being answered when the sender is expecting the user to reply. Thus, in order to reassure senders that they will receive a response at the earliest convenient opportunity, the mobile device permits the user to send an away message upon receipt of a communication.

Further, the device may communicate with a certification server to "certify" that a mobile device was not operational during a certain period as evidence that the phone was not used during driving. By enabling a user to show that he or she did not use mobile device during operation of a vehicle, he or she may be able to qualify for discounts from an insurance company or may be able to show he or she was not at fault in an accident. Further, parents may use such records to verify that teenage drivers are not being distracted by their mobile device.

In an embodiment, a method carried out by a mobile device to provide for an inactive mode and thus prevent distracted driving includes the steps of: placing the mobile device in inactive mode; detecting one or more incoming communications; suppressing notification of the user of the one or more incoming communications; transmitting an away message to one or more senders of the one or more communications; and notifying the user of missed communications upon completion of the inactive mode.

The method begins when the mobile device is placed in inactive mode. The inactive mode may be activated by many different mechanisms. For example, a user may press a button to begin the inactive mode. Alternatively, a user may schedule a time period during which the mobile device is automatically in inactive mode. Even further, inactive mode may be automatically initiated upon the use of a driving directions functionality of the mobile device. Yet even further, the inactive mode may be automatically initiated upon the pairing of the mobile device and a vehicle. Moreover, inactive mode may be activated by a remote user, for example, to enable parents to limit distracted driving by teenagers. Additionally, the inactive mode may be activated by the mobile device detecting a particular location using GPS, such as a gym or school, where inactive mode is routinely activated. It is contemplated that any input that indicates that the user is not to be distracted may be used to place the device in inactive mode, as will be understood by those of skill in the art.

While in inactive mode, the mobile device will detect incoming communications. When inactive mode functionality is provided as a mobile application, the mobile application may register with the operating system of the mobile device to receive a notification upon a communication event, such as a mobile call, SMS message, or email. Upon receipt of notification of the incoming communication, the mobile application may capture contact information of the sender, such as phone number or email address.

In addition to suppressing communications, inactive mode may restrict the user's use of the mobile device. For example, the user of the mobile device may be restricted from accessing a web browser on the mobile device. Inactive mode may restrict all use of the mobile device or may permit only selective access to needed functionality. For example, when driving, mapping and navigation functionality may remain accessible.

It is contemplated that the user may customize the allowed functionality during inactive mode. Alternatively or additionally, the restriction on the functionality may be pre-programmed in the device, for example, if the inactive mode functionality is embodied in a mobile application distributed

US 8,958,853 B1

3

by an insurance company, the restriction of functionality may be optimized to minimize distracted driving accidents. Further, a remote user may restrict the functionality of the device. For example, a parent may limit a child's use of a mobile device during nighttime sleeping hours.

Upon receiving notification of a communication event, the mobile device may suppress normal user notification. The mobile device may suppress normal user notification actions, such as ringing, vibration, and screen activation. Further the mobile device may suppress applications normally launched upon a communication event, such as a mobile call application. In some embodiments, the mobile device may permit normal user notification if the sender is on a pre-screened list of allowed senders.

After suppressing user notification, the mobile device may transmit an away message to the sender. The away message may be sent via the same medium that the original communication was made in. For example, if a text message was received, the mobile device may transmit a response via text message. Alternatively, the message may be sent by a different medium. For example, if a phone call was received, the mobile device may transmit the away message via text message or email (if, for example, the sender has an associated email address in the users contacts). It is further contemplated that the user's inactive mode away message may be automatically shared to social networks such Facebook and Twitter upon activation of the inactive mode.

The user may configure an away message before placing the mobile device in inactive mode. The user may configure multiple away messages and choose among the away messages when placing the mobile device in away mode.

At the appropriate time, the device may leave inactive mode and permit the user to use the full functionality of the device. In an embodiment, inactive mode may be disabled by pressing a button ending inactive mode. Alternatively, where inactive mode was scheduled to start automatically, the mobile device may leave inactive mode by reaching the end of a scheduled time. Further, where the mobile device was placed in inactive mode by the driving directions functionality, the mobile device may leave inactive mode by arriving at a destination. Even further, where the mobile device was placed in inactive mode remotely, the mobile device may be removed from inactive mode by remote deactivation, etc. It will be apparent to one of skill in the art that that the mobile device may be removed from inactive mode by any mechanism that reflects that the need for restricted access is no longer needed.

Upon completion of the inactive mode, the mobile device notifies user of missed communications. The user may then view any text messages or emails, or may listen to voicemails left by the sender.

As described, the device may "certify" or prove that a mobile device was not operational during a certain period as evidence that the phone was not used during driving. A method of proving a cell phone was disabled comprises the steps of: receiving an input by the mobile device to begin the inactive mode; transmitting an inactive mode begin notification from the mobile device to the certification server; receiving, by the certification server, an inactive mode begin notification; suppressing notifications to a user; receiving an input by the mobile device to end the inactive mode; transmitting an inactive mode end notification from the mobile device to the certification server; receiving an inactive mode end notification by the certification server; generating, by the certification server, a certified record of the time of the inactive mode begin notification and the inactive mode end notification.

4

The method of proving a cell phone was disabled may begin upon the mobile device being placed in inactive mode. As previously described, the mobile device may be placed in inactive mode by the user pressing a button to begin the inactive mode; by the user scheduling a time period during which the mobile device is automatically in inactive mode; by the use of the driving directions functionality of the mobile device; by activation by a remote user; etc.

Upon being placed in inactive mode, the mobile device may transmit an inactive mode begin notification to the server. The inactive mode begin notification may include a user identifier, and a begin timestamp indicating the time that the inactive mode was initiated. Further, the inactive mode begin notification may include a listing of functionality permissions to record the functionality made available and/or the functionality made restricted to the user during the inactive mode. It is contemplated that the mobile device need not immediately transmit the inactive mode begin notification upon the step of receiving an input to begin inactive mode is received, and the mobile device may alternatively transmit the inactive mode begin notification when requested, when a connection is available, during periods of low bandwidth utilization, or any other time useful to create the certification.

The certification server receives the inactive mode begin notification from the mobile device. The certification server may assume that inactive mode is operating continuously until receiving a signal, such as an inactive mode end notification, that inactive mode has been disabled. A certified record of the data contained in the inactive mode begin notification may be created and stored in a database of the certification server. The certified record may include a first timestamp of the time the inactive mode begin notification was received.

In inactive mode, the mobile device may suppress communications and enforce the restrictions of the inactive mode until the step of receiving an input to end inactive mode. As previously described, an input may be the user pressing a button to end the inactive mode, the user scheduling a time period during which the mobile device is automatically in inactive mode, the use of the driving directions functionality of the mobile device, activation by a remote user; etc.

At the conclusion of inactive mode, the mobile device may transmit an inactive mode end notification to the certification server to indicate that the device has left the inactive mode. The inactive mode end notification may include a user identifier and a end timestamp marking the time that the mobile device was removed from inactive mode. Further, the inactive mode end notification may include a listing of functionality permissions to record the functionality made available and/or the functionality made restricted to the user during the inactive mode. It is contemplated that the mobile device need not immediately transmit the inactive mode end notification upon the step of receiving an input to begin inactive mode is received, and the mobile device may transmit the inactive mode end notification when requested, when a connection is available, during periods of low bandwidth utilization, or any other time useful to create the certification.

The certification server may receive an inactive mode end notification from the mobile device. Upon receipt of the inactive mode end notification, the certification server may make a certified record of the inactive mode session. The certified record of the inactive mode session may include the inactive mode begin notification, an inactive mode begin notification arrival timestamp recording the arrival of the inactive mode begin notification, the inactive mode end notification, and an inactive mode end notification arrival timestamp recording the arrival of the inactive mode end notification. The record

US 8,958,853 B1

5

6

may be used to verify that the inactive mode was enabled during a period of time. To do so, the record may be made available via a user interface to the user, an insurance company, the police, the courts, a parent of the user, etc., to certify the times the device was in inactive mode and the restrictions on functionality in place during inactive mode.

In an embodiment, a mobile device includes: a processor; and a memory including instructions that when executed by the processor cause it to perform the steps of: receiving a user selection to automatically enter an inactive mode in response to an action within the mobile device indicating the device is being used in a moving vehicle; receiving a communication from a wireless communication module; if the mobile device is not in inactive mode, providing a notification to the user that a communication has been received; and if the mobile device is in inactive mode, transmitting an away message via the wireless module.

In some embodiments of the mobile device, the action is the activation of a driving directions functionality. In other embodiments, the action is GPS location functionality detecting a velocity above a certain rate. In additional embodiments, the action is pairing the mobile device with the moving vehicle.

In some embodiments of the mobile device, the communication is a mobile phone call. In other embodiments, the away message is one of a mobile phone call, an SMS message, or an email. In additional embodiments the communication is an SMS phone call. In further embodiments, the communication is an email.

In some embodiments of the mobile device, the memory further includes instructions that when executed by the processor cause it to perform the steps of: receiving an input from a user requesting access to a function of the mobile device; if the mobile device is not in inactive mode, providing access to the requested functionality; and if the mobile device is in inactive mode, checking if the requested functionality is present on a list of restricted functionality, and if the requested functionality is present on a list of restricted functionality, refusing access to the requested functionality.

One objective of the invention is to increase driver safety by reducing mobile device communications as a source of distraction.

A further objective is to inform callers of the delay and the reason for failing to respond.

Another objective of the invention is to provide a mechanism for users to prove that the communication functions of their mobile device were disabled at a particular time.

Additional objects, advantages and novel features of the examples will be set forth in part in the description which follows, and in part will become apparent to those skilled in the art upon examination of the following description and the accompanying drawings or may be learned by production or operation of the examples. The objects and advantages of the concepts may be realized and attained by means of the methodologies, instrumentalities and combinations particularly pointed out in the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

The drawing figures depict one or more implementations in accord with the present concepts, by way of example only, not by way of limitations. In the figures, like reference numerals refer to the same or similar elements.

FIG. 1 is a schematic view of the ecosystem of a device including functionality for suppressing communications to a

user using an inactive mode and a verification system to verify that a user was not receiving communications during a particular period of time.

FIG. 2 is a diagram of an example of a device including functionality for suppressing communications to a user using an inactive mode and verifying that a user was not receiving communications during a particular period of time.

FIG. 3 is a flow chart illustrating a method carried out by a mobile device to provide for an inactive mode.

FIG. 4a is an example mobile device user interface showing a start screen used to begin the inactive mode.

FIG. 4b is an example mobile device user interface showing a scheduling screen to schedule a time period during which the mobile device is automatically in inactive mode.

FIG. 4c is an example mobile device user interface showing a GPS/directions screen that when opened may trigger the inactive mode.

FIG. 4d is a front view of a mobile device user interface showing a Bluetooth device detection screen that when used to accept a Bluetooth connection may trigger the inactive mode.

FIG. 5a is an example mobile device user interface showing a custom message selection screen.

FIG. 5b is an example mobile device user interface showing a custom message creation screen.

FIG. 5c is an example mobile device user interface showing a custom message selection screen including example away messages.

FIG. 5d is an example mobile device user interface showing a start screen that includes a custom away message.

FIG. 6 is an example mobile device user interface showing a notification screen displayed upon leaving inactive mode.

FIG. 7 is a flow chart illustrating a certification method to create a certified record at the certification server that a mobile device was inactive during a particular time.

FIG. 8a is a diagram of an example inactive mode begin notification created during the execution of the certification method of FIG. 7.

FIG. 8b is a diagram of an example inactive mode end notification created during the execution of the certification method of FIG. 7.

FIG. 8c is a diagram of an example record of an inactive mode session created during the execution of the certification method of FIG. 7.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 illustrates the ecosystem 10 of an example of a mobile device 100 including functionality for suppressing communications using an inactive mode. As shown in FIG. 1, the ecosystem 10 includes a communications network 40 which provides communications functionality to the mobile device 100, other communication devices 20 which other users may use to communicate to the mobile device 100, and a certification server 30 that may verify that a user 15 was not receiving communications during a particular period of time.

A user 15 may enable an inactive mode of the device 100 to suppress notification of incoming phone calls, text, emails, and other communications and automatically notify the device 20 of the sender 17 with an away message. By suppressing the incoming communications, the mobile device 100 may minimize user distractions permitting the user 15 to maintain concentration on important tasks, such as driving. One drawback, however, is that senders 17 may feel upset that they are not being answered when the sender 17 is expecting the user 15 to answer communications. Thus, in order to reassure senders 17 that their communication will receive a

7

8

response at the earliest convenient opportunity, the mobile device 100 permits the user 15 to send an away message upon receipt of a communication.

FIG. 2 is a block diagram of an example implementation of a mobile device 100 including an inactive mode. The mobile device 100 includes communication functions that can be facilitated through one or more wireless communication subsystems 120, which can include radio frequency receivers and transmitters and/or optical (e.g., infrared) receivers and transmitters. The specific design and implementation of the communication subsystem 120 can depend on the communication network(s) over which the mobile device 100 is intended to operate. For example, the mobile device 100 can include communication subsystems 120 designed to operate over a GSM network, a GPRS network, an EDGE network, a Wi-Fi or WiMax network, and a Bluetooth network. In particular, the wireless communication subsystems 120 may include hosting protocols such that the mobile device 100 may be configured as a base station for other wireless devices.

A memory 138 may store communication instructions 142 to facilitate communicating with one or more additional devices, one or more computers and/or one or more servers. The memory 138 may include phone instructions 148 to facilitate phone-related processes and functions; short message service instructions 150 to facilitate SMS-messaging related processes and functions; electronic mail instructions 151 to facilitate electronic-mail processes and functions. The phone instruction 148, the short message service instructions 150, electronic mail instructions 151 may include default instructions to notify a user via sound, visual, or vibration cues to alert the user of incoming communications. The memory may further include inactive mode instructions 147 to suppress the sound, visual, or vibration communication cues and manage the inactive mode related processes and functions further described herein.

Turning to FIG. 3, in an embodiment, a method 300 carried out by a mobile device 100 to provide for an inactive mode includes: the step 301 of placing the mobile device 100 in inactive mode; the step 302 of detecting one or more incoming communications; the step 303 of suppressing notification of the user 15 of the one or more incoming communications; the step 304 of transmitting an away message to one or more senders 17 of the one or more communications; and the step 305 of notifying the user 15 of missed communications upon completion of the inactive mode.

The method 300 begins at step 301 when the mobile device 100 is placed in inactive mode. Inactive mode may be activated by many different mechanisms. For example, as shown in FIG. 4a, a user 15 may press a start button 510 on a start screen 520 to begin the inactive mode. Alternatively, a user 15 may select the set timer button 515 on the start screen 515 to enter a scheduling screen 530, as shown in FIG. 4b, to schedule a time period during which the mobile device 100 is automatically in inactive mode. Even further, as shown in FIG. 4c, the inactive mode may be automatically initiated upon the opening of a GPS/directions screen 540 of the mobile device. Yet even further, as shown in FIG. 4d, the inactive mode may be automatically initiated upon the pairing of the mobile device 100 and a vehicle, as shown by the Bluetooth device detection screen 550. Moreover, the inactive mode may be activated by a remote user 15, for example, to enable parents to limit distracted driving by teenagers. Additionally, the inactive mode may be activated by the mobile device 100 detecting a particular location using GPS, such as a gym or school, where inactive mode is routinely activated. It is contemplated that any input that may indicate

that the user is not to be distracted may be used to place the device in inactive mode, as will be understood by those of skill in the art.

Once placed in inactive mode, at step 302, the mobile device 100 will detect any incoming communications normally. When inactive mode functionality is provided as a mobile application, upon entering inactive mode the mobile application may register with the operating system of the mobile device 100 to receive a notification upon a communication event, such as a mobile call, SMS message, or email. Upon receipt of notification of the incoming communication, the mobile application may capture contact information of the sender 17, such as phone number or email address.

Proceeding to step 303, upon receiving notification of an incoming communication, the mobile device 100 may suppress normal user notification. The mobile device 100 may suppress normal user notification actions, such as ringing, vibration, and screen activation. Further the mobile device 100 may suppress applications normally launched upon a communication event, such as a mobile call application. In some embodiments, the mobile device 100 may permit normal user notification if the sender 17 is on a pre-screened list of allowed senders 17.

After suppressing user notification of an incoming communication, the mobile device 100, at step 304 of the method 300, may transmit an away message 575 to the sender 17. The user 15 may configure multiple away messages 575 and choose among the away messages 575 when placing the mobile device 100 in away mode. As shown in FIGS. 5a-5d, the user 15 may configure an away message before placing the mobile device 100 in inactive mode. FIG. 5a illustrates an away message selection screen 560 before the user 15 has set up an away message 575. A user 15 may select the away message creation button 565 to enter an away message editing screen 570 including an edit box 572, as shown in FIG. 5b. After creating away messages 575, the user 15 may select from the away messages 575 tin the away message selection screen 560 as shown in FIG. 5c. Upon selecting an away message 575, the start screen 520 is opened permitting the user to start the inactive mode. It is further contemplated that the away message 575 may be automatically shared to social networks such Facebook and Twitter upon activation of the inactive mode.

In some embodiments, the away message 575 may be sent via the same communications medium in which the original communication was made. For example, if a text message was received, the mobile device 100 may transmit the away message 575 via text message. Alternatively, the away message 575 may be sent by a different communications medium. For example, if a phone call was received, the mobile device 100 may transmit the away message 575 via text message or email.

Upon completion of the inactive mode, next at step 305, the mobile device 100 notifies the user 15 of missed communications. At the missed communications screen 580 shown in FIG. 6, the user 15 may then view any text messages or emails by clicking the view message button 585, listen to voicemails left by the sender 17 by clicking the view calls button 587, or otherwise use the full functionality of the device. In an embodiment, inactive mode may be disabled by pressing a button ending inactive mode. Alternatively, where inactive mode was scheduled to start automatically, the mobile device 100 may leave inactive mode by reaching the end of a scheduled time. Further, where the mobile device 100 was placed in inactive mode by the driving directions functionality, the mobile device 100 may leave inactive mode by arriving at a destination. Even further, where the mobile device 100 was

US 8,958,853 B1

9

placed in inactive mode remotely, the mobile device **100** may be removed from inactive mode by remote deactivation. It will be apparent to one of skill in the art that that the mobile device **100** may be removed from inactive mode by any mechanism that reflects that the need for restricted access is no longer needed.

In addition to suppressing communications, inactive mode may restrict the user's use of the mobile device. For example, the user **15** of the mobile device **100** may be restricted from accessing a web browser, applications, communications programs, etc. Inactive mode may restrict all use of the mobile device **100** or may permit only selective access to certain functionality. For example, when driving, mapping and GPS/navigation functionality may remain accessible.

It is contemplated that the user **15** may customize the allowed functionality during inactive mode. Alternatively or additionally, the restriction on the functionality may be pre-programmed in the inactive mode instructions **147**. For example, if the inactive mode functionality of the mobile device **100** is embodied in a mobile application distributed by an insurance company, the restriction of functionality may be optimized to minimize distracted driving accidents. Further, a remote user may restrict the functionality of the mobile device **100**. For example, a parent may limit a child's use of a mobile device **100** during nighttime sleeping hours.

Referring to FIG. **4**, the certification method **400** may be used to create a certified record **670** (FIG. **6**c) by the certification server **30** that records that a mobile device **100** was inactive during a particular time. As shown in FIG. **4**, the certification method **400** includes: the step **401** of receiving an input by the mobile device **100** to begin the inactive mode; the step **402** of transmitting an inactive mode begin notification **610** from the mobile device **100** to the certification server **30**; the step **403** of receiving, by the certification server **30**, an inactive mode begin notification **610**; the step **404** of suppressing notifications to a user **15**; the step **405** of receiving an input by the mobile device **100** to end the inactive mode; the step **406** of transmitting an inactive mode end notification **650** from the mobile device **100** to the certification server **30**; the step **407** of receiving an inactive mode end notification **650** by the certification server **30**; the step **408** of generating, by the certification server **30**, a certified record **670** of the time of the inactive mode begin notification **610** and the inactive mode end notification **650**.

The certification method **400** may begin upon the step **401** of the mobile device **100** receiving an input to begin the inactive mode. For example, as shown in FIG. **4**a, a user **15** may press a start button **510** on a start screen **520** to begin the inactive mode. Alternatively, a user **15** may select the set timer button **515** on the start screen **515** to enter a scheduling screen **530**, as shown in FIG. **4**b, to schedule a time period during which the mobile device **100** is automatically in inactive mode. Even further, as shown in FIG. **4**c, the inactive mode may be automatically initiated upon the opening of a GPS/directions screen **540** of the mobile device. Yet even further, as shown in FIG. **4**d, the inactive mode may be automatically initiated upon the pairing of the mobile device **100** and a vehicle, as shown by the Bluetooth device detection screen **550**. Moreover, the inactive mode may be activated by a remote user **15**, for example, to enable parents to limit distracted driving by teenagers. It is contemplated that any input that may indicate that the user is not to be distracted may be used to place the device in inactive mode, as will be understood by those of skill in the art.

Upon being placed in inactive mode, at step **402** the mobile device **100** may transmit an inactive mode begin notification **610** to the certification server **30**. As shown in FIG. **8**a, the

10

inactive mode begin notification **610** may include a user identifier **620**, and a begin timestamp **630** indicating the time that the inactive mode was initiated. Further, the inactive mode begin notification **610** may include a listing of functionality permissions **640** to record the functionality made available and/or the functionality made restricted to the user during the inactive mode. It is contemplated that the mobile device **100** need not immediately transmit the inactive mode begin notification **610** upon the step **401** of receiving an input to begin inactive mode is received, and the mobile device **100** may alternatively transmit the inactive mode begin notification **610** when requested, when a connection is available, during periods of low bandwidth utilization, or any other time useful to create the certification.

At step **403**, the certification server **30** may receive an inactive mode begin notification **610**. The certification server **30** may assume that inactive mode is operating continuously until receiving a signal, such as an inactive mode end notification **650** (FIG. **8**b), that inactive mode has been disabled. A certified record **670** of the data contained in the inactive mode begin notification **610** may be created and stored in a database of the certification server **30**. As shown in FIG. **8**c, the certified record **670** may include a first timestamp **680** of the time the inactive mode begin notification **610** was received.

At step **404**, the mobile device **100** may suppress communications and enforce the restrictions of the inactive mode until the step **405** of receiving an input to end inactive mode. As previously described, an input may be the user pressing a button to end the inactive mode, the user scheduling a time period during which the mobile device **100** is automatically in inactive mode, the use of the driving directions functionality of the mobile device **100**, activation by a remote user; etc.

At step **406**, the mobile device **100** may transmit an inactive mode end notification **650** to the certification server **30** to indicate that the device **100** has left the inactive mode. The inactive mode end notification **650** may include a user identifier and a end timestamp **660** marking the time that the mobile device was removed from inactive mode. Further, the inactive mode end notification **650** may include a listing of functionality permissions **640** to record the functionality made available and/or the functionality made restricted to the user **15** during the inactive mode. It is contemplated that the mobile device **100** need not immediately transmit the inactive mode end notification **650** upon the step **405** of receiving an input to begin inactive mode is received, and the mobile device **100** may transmit the inactive mode end notification **650** when requested, when a connection is available, during periods of low bandwidth utilization, or any other time useful to create the certification.

At step **407**, the certification server **30** may receive an inactive mode end notification **650**. Upon receipt of the inactive mode end notification **650**, the certification server **30** may make a certified record **670** of the inactive mode session. The certified record **670** of the inactive mode session may include the inactive mode begin notification **610**, an inactive mode begin notification arrival timestamp **680** recording the arrival of the inactive mode begin notification **610**, the inactive mode end notification **650**, and an inactive mode end notification arrival timestamp **690** recording the arrival of the inactive mode end notification **650**. In some embodiments, the certified record **670** may further include a GPS location trace of the mobile device **100** while the mobile device was in inactive mode. By storing a GPS location trace in the certified record, the user may, among other things, provide proof of location during inactive mode, as may be useful when an accident has occurred. The certified record **670** may be used to verify that the inactive mode was enabled during a period of time. To do

US 8,958,853 B1

11

so, the record may be made available via a user interface to the user **15**, an insurance company, the police, the courts, a parent of the user **15**, etc., to certify the times the device was in inactive mode and the restrictions on functionality in place during inactive mode.

Referring back to FIG. **2**, the mobile device **100** includes a memory interface **102**, one or more data processors, image processors and/or central processors **104**, and a peripherals interface **106**. The memory interface **102**, the one or more processors **104** and/or the peripherals interface **106** can be separate components or can be integrated in one or more integrated circuits. The various components in the mobile device **100** can be coupled by one or more communication buses or signal lines, as will be recognized by those skilled in the art.

Sensors, devices, and additional subsystems can be coupled to the peripherals interface **106** to facilitate various functionalities. For example, a motion sensor **108** (e.g., a gyroscope), a light sensor **110**, and a positioning sensor **112** (e.g., GPS receiver) can be coupled to the peripherals interface **106** to facilitate the orientation, lighting, and positioning functions described further herein. Other sensors **114** can also be connected to the peripherals interface **106**, such as a proximity sensor, a temperature sensor, a biometric sensor, or other sensing device, to facilitate related functionalities.

A camera subsystem **116** and an optical sensor **118** (e.g., a charged coupled device (CCD) or a complementary metal-oxide semiconductor (CMOS) optical sensor) can be utilized to facilitate camera functions, such as recording photographs and video clips.

An audio subsystem **122** can be coupled to a speaker **124** and a microphone **126** to facilitate voice-enabled functions, such as voice recognition, voice replication, digital recording, and telephony functions.

The I/O subsystem **128** can include a touch screen controller **130** and/or other input controller(s) **132**. The touch-screen controller **130** can be coupled to a touch screen **134**. The touch screen **134** and touch screen controller **130** can, for example, detect contact and movement, or break thereof, using any of a plurality of touch sensitivity technologies, including but not limited to capacitive, resistive, infrared, and surface acoustic wave technologies, as well as other proximity sensor arrays or other elements for determining one or more points of contact with the touch screen **134**. The other input controller(s) **132** can be coupled to other input/control devices **136**, such as one or more buttons, rocker switches, thumb-wheel, infrared port, USB port, and/or a pointer device such as a stylus. The one or more buttons (not shown) can include an up/down button for volume control of the speaker **124** and/or the microphone **126**.

The memory interface **102** can be coupled to memory **138**. The memory **138** can include high-speed random access memory and/or non-volatile memory, such as one or more magnetic disk storage devices, one or more optical storage devices, and/or flash memory (e.g., NAND, NOR). The memory **138** can store operating system instructions **140**, such as Darwin, RTXC, LINUX, UNIX, OS X, iOS, WINDOWS, or an embedded operating system such as VxWorks. The operating system instructions **140** may include instructions for handling basic system services and for performing hardware dependent tasks. In some implementations, the operating system instructions **140** can be a kernel (e.g., UNIX kernel).

The memory **138** may include graphical user interface instructions **144** to facilitate graphic user interface processing; sensor processing instructions **146** to facilitate sensor-related processing and functions; web browsing instructions

12

**152** to facilitate web browsing-related processes and functions; media processing instructions **154** to facilitate media processing-related processes and functions; GPS/Navigation instructions **156** to facilitate GPS and navigation-related processes and instructions; camera instructions **158** to facilitate camera-related processes and functions; and/or other software instructions **160** to facilitate other processes and functions (e.g., access control management functions, etc.). The memory **138** may also store other software instructions (not shown) controlling other processes and functions of the mobile device **100** as will be recognized by those skilled in the art. In some implementations, the media processing instructions **154** are divided into audio processing instructions and video processing instructions to facilitate audio processing-related processes and functions and video processing-related processes and functions, respectively. An activation record and International Mobile Equipment Identity (IMEI) **162** or similar hardware identifier can also be stored in memory **138**.

Each of the above identified instructions and applications can correspond to a set of instructions for performing one or more functions described herein. These instructions need not be implemented as separate software programs, procedures, or modules. The memory **138** can include additional instructions or fewer instructions. Furthermore, various functions of the mobile device **100** may be implemented in hardware and/or in software, including in one or more signal processing and/or application specific integrated circuits.

It should be noted that various changes and modifications to the presently preferred embodiments described herein will be apparent to those skilled in the art. Such changes and modifications may be made without departing from the spirit and scope of the present invention and without diminishing its attendant advantages.

I claim:

**1**. A mobile device, comprising:
a wireless communication module;
a processor, controlling the wireless communication module; and
a memory controlled by the processor, the memory including instructions that when executed by the processor cause the processor to perform the steps of:
providing a graphical user interface through which a user customizes one or more functions of the mobile device when placed in an inactive mode;
receiving a user selection to automatically initiate the inactive mode in response to the pairing of the mobile device with a vehicle;
receiving a user selection of an away message to use when the mobile device is in inactive mode;
in response to the pairing of the mobile device and the vehicle, automatically initiating a process to place the mobile device in inactive mode;
when the mobile device is in inactive mode, in response to receiving a communication from the wireless communication module, transmitting the user selected away message via the wireless module and suppressing one or more sound, visual, or vibration communication cues that would have accompanied the communication had the mobile device not been in inactive mode.

**2**. The mobile device of claim **1** wherein the memory further includes instructions that when executed by the processor cause it to perform the step of:
when the mobile device is in inactive mode, in response to receiving the communication from the wireless communication module, suppressing all sound, visual, and

US 8,958,853 B1

13

14

vibration communication cues that would have accompanied the communication had the mobile device not been in inactive mode.

**3**. The mobile device of claim **1** wherein the memory further includes instructions that when executed by the processor cause it to perform the step of:

providing a notification of the communications upon completion of the inactive mode.

**4**. The mobile device of claim **1** wherein the communication received from the wireless communication module is an SMS message.

**5**. The mobile device of claim **1** wherein the communication received from the wireless communication module is an email.

**6**. The mobile device of claim **1** wherein the communication received from the wireless communication module is a cellular phone call.

**7**. The mobile device of claim **1** wherein the user selected away message is a user customized away message.

**8**. The mobile device of claim **1** wherein the memory further includes instructions that when executed by the processor cause it to perform the step of:

when the mobile device is placed in inactive mode, provide a notification to a certification server that the mobile device is in inactive mode.

**9**. The mobile device of claim **8** wherein the memory further includes instructions that when executed by the processor cause it to perform the step of:

when the mobile device exits inactive mode, provide a notification to a certification server that the mobile device exited inactive mode.

\* \* \* \* \*